AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting   (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hanen, Andrew S. | U.S.D.C.-Southern Dist. of Tx. | 01/23/2002 |

| 4. Title   (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (nominee) | X  Nomination, Date  01/23/2002  ___ Initial  ___ Annual  ___ Final | 01/01/2001 to 12/31/2001 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 910 Travis, Suite 1700  Houston, Texas 77002 | Reviewing Officer _____  Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS   (Reporting individual only; see pp. 9-13 of Instructions.)

☐ NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Partner | Hanen, Alexander, Johnson & Spalding, L.L.P. |
| 2 | Director | State Bar of Texas |
| 3 | Immediate Past President and President | Houston Bar Association |

## II. AGREEMENTS   (Reporting individual only; see pp. 14-16 of Instructions.)

☐ NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 2001 | Andrews & Kurth, L.L.P. Partnership Agreement/Retirement Plan – Withdrawal from former law firm, no control |
| 2 | 2000 | Andrews & Kurth, L.L.P. Partnership Agreement/Retirement Plan – withdrawal from former law firm, no control |
| 3 | | |

## III. NON-INVESTMENT INCOME   (Reporting individual and spouse; see pp. 17-24 of Instructions.)

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 2001 | Hanen, Alexander, Johnson & Spalding, L.L.P. | $741,000.00 |
| 2 | 2001 | Andrews & Kurth, L.L.P. – withdrawal benefits | $9,949.00 |
| 3 | 2000 | Hanen, Alexander, Johnson & Spalding, L.L.P. – Partnership Draw | $805,039.00 |
| 4 | 2000 | Andrews & Kurth, L.L.P. – withdrawal benefits | $24,934.00 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Hanen, Andrew S. | Date of Report<br>01/23/2002 |
|---|---|---|

## IV. REIMBURSEMENTS --- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ NONE (No reportable liabilities.) | | | |
| 1 | Southwest Bank of Texas, N.A. | Contingent loan guarantee | K |
| 2 | Citibank Mastercard | Credit card | J |
| 3 | First U.S.A. Mastercard | credit card | J |
| 4 | Merrill Lynch | Cash management account | J |
| 5 | | | |
| 6 | | | |

* VAL CODES:J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 01/23/2002 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 IRA Account #1-Treasury strips -Chase security of Texas | C | Interest | M | T | Exempt | | | | |
| 2 IRA Account #2 | A | Dividend | K | T | Exempt | | | | |
| 3  -AIM Blue Chip | | | | | | | | | |
| 4  -AIM Value Fund | | | | | | | | | |
| 5 IRA Account #3 | A | Dividend | K | T | Exempt | | | | |
| 6  -AIM Blue Chip | | | | | | | | | |
| 7  -AIM Value Fund | | | | | | | | | |
| 8 SEP Account #1 | A | Dividend | J | T | Exempt | | | | |
| 9  -AIM Blue Chip | | | | | | | | | |
| 10  -AIM Value Fund | | | | | | | | | |
| 11 Retirement Account #1-Fidelity MSIFT Balanced Advisor | A | Dividend | N | T | Exempt | | | | |
| 12 Retirement Account #2 - Guardian MFS Government | A | Interest | L | T | Exempt | | | | |
| 13 Retirement Account #3 | A | Dividend | L | T | Exempt | | | | |
| 14  -Principal Large Cap Fund | | | | | | | | | |
| 15  -Principal Large Company Growth Fund | | | | | | | | | |
| 16 Brokerage Account #1 - 2001 | | | | | | | | | |
| 17  -Texas Pub. Fin. Auth. Municipal Bond | C | Interest | L | T | Exempt | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | | |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 01/23/2002 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18      -Travis County - Municipal Bond | C | Interest | L | T | Exempt | | | | |
| 19      -Texas State Wate Dev. Municipal Bonds | D | Interest | L | T | Exempt | | | | |
| 20      -Southlake Texas L/T Water Municipal Bonds | D | Interest | L | T | Exempt | | | | |
| 21      -Georgetown, Texas I.S.D. Municipal Bonds | C | Interest | L | T | Exempt | | | | |
| 22      -Fort Worth, Texas I.S.D.D. Municipal Bonds | C | Interest | L | T | Exempt | | | | |
| 23      -U.T. Rev. Municipal Bonds | C | Interest | | T | Exempt | | | | |
| 24      -Richardson, Texas Municipal Bonds | C | Interest | L | T | Exempt | | | | |
| 25      -Allen, Texas Rfdg. Municipal Bonds | C | Interest | L | T | Exempt | | | | |
| 26 Brokerage Account #2 - 2001 | | | | | | | | | |
| 27      -Del Valle, Texas I.S.D. Municipal Bonds | D | Interest | L | T | Exempt | | | | |
| 28      -DeSoto, Texas I.S.D. Municipal Bonds | C | Interest | L | T | Exempt | | | | |
| 29      -Aldine, Texas I.S.D. Municipal Bonds | D | Interest | L | T | Exempt | | | | |
| 30      -Canadian River Mun. Municipal Bonds | D | Interest | K | T | Exempt | | | | |
| 31      -Houston, Texas Wtr. Municipal Bonds | D | Interest | M | T | Exempt | | | | |
| 32      -Brownsville, Texas Municipal Bonds | C | Interest | L | T | Exempt | | | | |
| 33      -Lower Colorado River Authority Municipal Bonds | C | Interest | L | T | Exempt | | | | |
| 34      -Arlington, Texas I.S.D. Municipal Bonds | D | Interest | M | T | Exempt | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less (Col. B1, D4) F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes: J=$15,000 or less (Col. C1, D3) O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (Col. C2) U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting Hanen, Andrew S. | Date of Report 01/23/2002 |
|---|---|---|

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35      -Harris County Municipal Bonds | D | Interest | M | T | Exempt | | | | |
| 36      -University of North Texas Municipal Bonds | B | Interest | K | T | Exempt | | | | |
| 37      -Aldine, Texas I.S.D. Zero Coupon Municipal Bonds | B | Interest | K | T | Exempt | | | | |
| 38      -Texas A&M Rev. Zero Coupon Municipal Bonds | B | Interest | K | T | Exempt | | | | |
| 39      -Galveston, Texas Pub. Zero Coupon Municipal Bonds | B | Interest | K | T | Exempt | | | | |
| 40      -Houston, Texas. I.S.D. Zero Coupon Municipal Bonds | B | Interest | K | T | Exempt | | | | |
| 41      -Houston, Texas Wtr. Zero Coupon Municipal Bonds | B | Interest | K | T | Exempt | | | | |
| 42      -Houston, Texas. I.S.D. Zero Coupon Municipal Bonds | B | Interest | K | T | Exempt | | | | |
| 43      -CMA Merrill Lynch Tax-Exempt Money Market | C | Interest | K | T | Exempt | | | | |
| 44      -San Antonio, Texas Elec. Zero Coupon Municipal Bonds | C | Interest | | | Exempt | | | | |
| 45      -Plano, Tex. Bldg. Zero Coupon Municipal Bonds | A | Interest | | | Exempt | | | | |
| 46      -Brazoria County, Texas Zero Coupon Municipal Bonds | A | Interest | | | Exempt | | | | |
| 47      -Conroe, Texas I.S.D. Zero Coupon Municipal Bonds | A | Interest | | | Exempt | | | | |
| 48      -Plano, Texas I.S.D. Zero Coupon Municipal Bonds | A | Interest | | | Exempt | | | | |
| 49      -Socorro, Texas I.S.D. Zero Coupon Municipal Bonds | A | Interest | | | Exempt | | | | |
| 50      -Harris Cty. Texas Hosp. Dist. Zero Coupon Municipal | A | Interest | | | Exempt | | | | |
| 51      -Harris Cty. Texas Toll. Sub. Zero Coupon Municipal | A | Interest | | | Exempt | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | | C=$2,501-$5,000 | | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | | H2=$5,000,001 or more | | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Hanen, Andrew S. | Date of Report<br>01/23/2002 |
|---|---|---|

## VII. Page 4  INVESTMENTS and TRUSTS-- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52      -Harris Cty, Texas Toll. Sub. Zero Coupon Municipal | A | Interest | | | Exempt | | | | |
| 53      -Northwest, Texas I.S.D. Zero Coupon Municipal Bonds | A | Interest | | | Exempt | | | | |
| 54      -Dallas, Texas Civic CCC Zero Coupon Municipal Bonds | A | Interest | | | Exempt | | | | |
| 55  Brokerage Account #3 - 2001 | | | | | | | | | |
| 56    - Adobe Systems - Stock | A | Dividend | | | Exempt | | | | |
| 57    - Allergan Inc. - stock | A | Dividend | | | Exempt | | | | |
| 58    - ALZA Corp. - Stock | | None | | | Exempt | | | | |
| 59    - AOL Time Warner - Stock | | None | | | Exempt | | | | |
| 60    - American Express - Stock | A | Dividend | | | Exempt | | | | |
| 61    - Analog Devices - Stock | | None | | | Exempt | | | | |
| 62    - BEA Systems - Stock | | None | | | Exempt | | | | |
| 63    - CVS Corp. Del. - Stock | A | Dividend | | | Exempt | | | | |
| 64    - Ciena Corp. - Stock | | None | | | Exempt | | | | |
| 65    - Check Point Software - Stock | A | Dividend | | | Exempt | | | | |
| 66    - Cisco Systems | | None | | | Exempt | | | | |
| 67    - Corning, Inc. - Stock | A | Dividend | | | Exempt | | | | |
| 68    - Dollar Tree - Stock | | None | | | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)    U=Book Value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | | |
|---|---|---|
| Name of Person Reporting<br>Hanen, Andrew S. | | Date of Report<br>01/23/2002 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 - EMC Corp. - Stock | | | | | Exempt | | | | |
| 70 - Elan Corp. P.L.C. - Stock | | None | | | Exempt | | | | |
| 71 - Enron Corp. Oregon - Stock | A | Dividend | | | Exempt | | | | |
| 72 - Freddie Mac - Stock | A | Dividend | | | Exempt | | | | |
| 73 - Forest Labs - Stock | A | Dividend | | | Exempt | | | | |
| 74 - Goldman Sachs - Stock | A | Dividend | | | Exempt | | | | |
| 75 - General Electric - Stock | A | Dividend | | | Exempt | | | | |
| 76 - Harley Davidson - Stock | A | Dividend | | | Exempt | | | | |
| 77 - Immunex Corp. - Stock | | None | | | Exempt | | | | |
| 78 - Idec Pharm. - Stock | A | Dividend | | | Exempt | | | | |
| 79 - 12 Technologies - Stock | | None | | | Exempt | | | | |
| 80 - Jupiter Networks - Stock | | None | | | Exempt | | | | |
| 81 - Intel Corp. - Stock | A | Dividend | | | Exempt | | | | |
| 82 - Kohls Corp. - Stock | | None | | | Exempt | | | | |
| 83 - Lowes Companies - Stock | A | Dividend | | | Exempt | | | | |
| 84 - Mercury Interactive - Stock | | None | | | Exempt | | | | |
| 85 - Morgan St. Dean Witter - Stock | A | Dividend | | | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000,  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Hanen, Andrew S. | Date of Report<br>01/23/2002 |
|---|---|---|

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 - Merck - Stock | A | Dividend | | | Exempt | | | | |
| 87 - Network Appliance - Stock | | None | | | Exempt | | | | |
| 88 - Nokia Corp. - Stock | | None | | | Exempt | | | | |
| 89 - Oracle Corp. - Stock | | None | | | Exempt | | | | |
| 90 - Pharmacia Corp. - Stock | A | Dividend | | | Exempt | | | | |
| 91 - Pfizer - Stock | A | Dividend | | | Exempt | | | | |
| 92 - Q Logic Corp. - Stock | | None | | | Exempt | | | | |
| 93 - Safeway Inc. - Stock | | None | | | Exempt | | | | |
| 94 - SDL Inc. - Stock | | None | | | Exempt | | | | |
| 95 - Siebel Inc. - Stock | | None | | | Exempt | | | | |
| 96 - Sycamore Networks - Stock | | None | | | Exempt | | | | |
| 97 - Stilwell Financials - Stock | A | Dividend | | | Exempt | | | | |
| 98 - Sun Microsystems - Stock | | None | | | Exempt | | | | |
| 99 - Texas Instruments - Stock | A | Dividend | | | Exempt | | | | |
| 100 - Viacom - Stock | | None | | | Exempt | | | | |
| 101 - Wal-Mart - Stock | A | Dividend | | | Exempt | | | | |
| 102 Applied Material - Stock | | None | | | Exempt | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Hanen, Andrew S. | Date of Report<br>01/23/2002 |
|---|---|---|

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 - JDS Uniphase - Stock | | None | | | Exempt | | | | |
| 104 - Palm Inc. - Stock | | None | | | Exempt | | | | |
| 105 - Tyco Int. - Stock | A | Dividend | | | Exempt | | | | |
| 106 - McData Corp. - Stock | A | Dividend | | | Exempt | | | | |
| 107 - Calpine - Stock | | None | | | Exempt | | | | |
| 108 - Costco - Stock | | None | | | Exempt | | | | |
| 109 - Comcast - Stock | | None | | | Exempt | | | | |
| 110 - Home Depot - Stock | A | Dividend | | | Exempt | | | | |
| 131 - Paychex - Stock | A | Dividend | | | Exempt | | | | |
| 112 - Lehman Bros. - Stock | A | Dividend | | | Exempt | | | | |
| 113 - QWest - Stock | A | Dividend | | | Exempt | | | | |
| 114 - Sprint - Stock | | None | | | Exempt | | | | |
| 115 - Veritas Software - Stock | | None | | | Exempt | | | | |
| 116 - Brocade Comm. - Stock | | None | | | Exempt | | | | |
| 117 - Biogen Inc. - Stock | | None | | | Exempt | | | | |
| 118 - Taiwan Manufacturing - Stock | A | Dividend | | | Exempt | | | | |
| 119 - CMA - Money Market - Provident Account | A | Interest | | | Exempt | | | | |

Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 01/23/2002 |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) <br><br> *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 120 Smith Barnet Municipal Money Market Account | A | Interest | J | T | Exempt | | | | |
| 121 Chase Vista Funds Money Market Account | A | Interest | | | Exempt | | | | |
| 122 HAJS, L.L.P. Partnership Interest | A | None | M | U | Exexempt | | | | |
| 123 Compass Bank Account | A | Interest | J | T | Exempt | | | | |
| 124 Chase Bank | C | Interest | J | T | Exempt | | | | |
| 125 | | | | | | | | | |
| 126 | | | | | | | | | |
| 127 | | | | | | | | | |
| 128 | | | | | | | | | |
| 129 | | | | | | | | | |
| 130 | | | | | | | | | |
| 131 | | | | | | | | | |
| 132 | | | | | | | | | |
| 133 | | | | | | | | | |
| 134 | | | | | | | | | |
| 135 | | | | | | | | | |
| 136 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hanen, Andrew S. | 01/23/2002 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hanen, Andrew S. | 01/23/2002 |

SECTION HEADING.   (Indicate part of report.)
Information continued from Parts I through VI, inclusive.
PART 1. POSITIONS (cont'd.)
Line   Position                          Name of Organization/Entity
==========================================================================================

4    Director    Baylor Alumni Association


PART 3. NON-INVESTMENT INCOME (cont'd.)

Line   Date                      Source and Type                              Gross Income

==========================================================================================

5    1999    Hanen, Alexander, Johnson & Spalding, L.L.P. - Partnership Draw    $629,671.00

6    1999    Andrews & Kurth, L.L.P. - withdrawal benefits    $21,846.00

7    2001    South Texas College of Law - Adjunct Professor

8    2001    Self-employed - lawyer

9    2000    South Texas College of Law - Adjunct Professor

10   2000    Self-employed - lawyer

11   1999    Self-employed - lawyer

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Hanen, Andrew S. | Date of Report<br>01/23/2002 |
| --- | --- | --- |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____          Date ___1/23/02___

Note:          Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4. Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544